# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**EMPLOYERS AND OPERATING ENGINEERS**
**LOCAL 520 PENSION FUND, et al.,**

    **Plaintiffs**

**v.**                                                    **CIVIL ACTION NO. 05-CV-832-DRH**

**RIVER BEND CONTRACTORS, INC.,**

    **Defendant.**

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This action came to hearing before the Court on a Stipulation for Entry of Consent Judgment.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiffs **EMPLOYERS AND OPERATING ENGINEERS LOCAL 520 PENSION FUND, DELBERT BIRKNER, EUGENE KEELEY, PETE KORTE, CLARENCE DOHRMAN, MICHAEL PARKINSON, ROBERT G. GERMANN, LOCAL 520 EMPLOYERS AND OPERATING ENGINEERS HEALTH AND WELFARE FUND, LOCAL 520 OPERATING ENGINEERS, JOINT APPRENTICESHIP AND TRAINING FUND, MICHAEL LUHR, GARY THIEMS, LOCAL 520 EMPLOYERS AND OPERATING ENGINEERS VACATION FUND, JACK HAYDON, RICHARD KAISER, TIM DOCTOR, DAVID BAXMEYER, LOCAL 520 OPERATING ENGINEERS ANNUITY TRUST FUND, HENRY ROHWEDDER, CHRIS**

**REUSS**, and **RON HUNSCHE**, and against Defendant **RIVER BEND CONTRACTOR, INC**.

in the amount of $46,358.73.-----------------------------------------------------------------------------------------

-

                                                              **NORBERT G. JAWORSKI, CLERK**

April 13, 2006                                        BY:___/s/Patricia Brown_____
                                                                           Deputy Clerk

APPROVED:/s/    David RHerndon
                **U.S. DISTRICT JUDGE**